1  Justin T. Beck, Esq. (Cal. Bar. No. 53138)
2  Alfredo A. Bismonte, Esq. (Cal. Bar. No. 136154)
   Ron C. Finley, Esq. (Cal. Bar. No. 200549)
3  Jeremy M. Duggan, Esq. (Cal. Bar. No. 229854)
   Beck, Ross, Bismonte & Finley, LLP
4  50 West San Fernando Street, Suite 1300
   San Jose, CA 95113
5  Tel: (408) 938-7900
   Fax: (408) 938-0790
6  Email: jbeck@beckross.com
          rfinley@beckross.com
7         abismonte@beckross.com
          jduggan@beckross.com

8  *Of counsel (subject to pro hac vice admission)*:
9  Wesley W. Whitmyer, Jr.
   Benjamin J. Lehberger
10 ST.ONGE STEWARD JOHNSTON & REENS LLC
   986 Bedford Street
11 Stamford, Connecticut 06905
   Telephone: (203) 324-6155
12 Facsimile: (203) 327-1096
13 Email: wwhitmeyer@ssjr.com
          blehberger@ssjr.com
14
   Attorneys for Plaintiff
15 Karl Storz Endoscopy-America, Inc.

FILED
2008 JUL -3 A 11: 14
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

16
17              IN THE UNITED STATES DISTRICT COURT FOR THE
18                      NORTHERN DISTRICT OF CALIFORNIA

**C08   03210 BZ**

19                                           Case No.
20 KARL STORZ ENDOSCOPY-AMERICA,
21 INC.
                                             **PLAINTIFF'S CERTIFICATION OF**
22              Plaintiff,                   **INTERESTED ENTITIES OR**
                                             **PERSONS**
23 v.
24 FEMSUITE, LLC
25              Defendant.
26
27
28

CERTIFICATION OF INTERESTED ENTITIES

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- San Francisco Science (parent or related company to FemSuite, LLC)
- Karl Storz GmbH & Co. K.G. (parent of Karl Storz Endoscopy-America, Inc.)

Dated: July 3, 2008                    Beck, Ross, Bismonte & Finley, LLP

By: _____
Justin T. Beck, Esq.
Attorneys for Plaintiff
Karl Storz Endoscopy-America, Inc.

CERTIFICATION OF INTERESTED ENTITIES

1