ALLISON K. YOUNG (SBN 225655)
Email: ayoung@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC
1400 Page Mill Road
Palo Alto, California 94304-1124
Telephone: (650) 251-7700
Facsimile: (650) 251-7739

Attorneys for Defendant,
FEMSUITE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, Inc.,<br><br>  Plaintiff,<br><br>vs.<br><br>FEMSUITE, LLC,<br><br>  Defendant. | Case No. C08-03210 BZ<br><br>**NOTICE OF APPEARANCE**<br><br>Judge: Honorable Bernard Zimmerman<br><br>Complaint filed: July 3, 2008<br>Trial Date:   None set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Allison K. Young, of the law offices of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo PC, hereby files this Notice of Appearance in the above-referenced action as counsel for Defendant FEMSUITE, LLC. in this matter, and requests that copies of all briefs, motions, orders, correspondence and other papers be served electronically on the undersigned at ayoung@mintz.com.

Dated: July 18, 2008          Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC


/s/ Allison K. Young
By: ALLISON K. YOUNG

   Attorneys for Defendant,
   FEMSUITE, LLC

4383514v.1

NOTICE OF APPEARANCE                                          Case No. C08-03210 BZ