1  ALLISON K. YOUNG (SBN 225655)
   Email: ayoung@mintz.com
2  MINTZ LEVIN COHN FERRIS GLOVSKY AND
   POPEO, PC
3  1400 Page Mill Road
   Palo Alto, California  94304-1124
4  Telephone:  (650) 251-7700
   Facsimile:   (650) 251-7739
5

6  Attorneys for Defendant,
   FEMSUITE, LLC
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11 KARL STORZ ENDOSCOPY-AMERICA,    Case No. C08-03210 BZ
   Inc.,
12                                  **JOINT STIPULATION AND
              Plaintiff,            [PROPOSED] ORDER EXTENDING
13                                  TIME FOR DEFENDANT FEMSUITE,
       vs.                          LLC TO RESPOND TO COMPLAINT**
14
   FEMSUITE, LLC,                   Judge: Honorable Bernard Zimmerman
15
              Defendant.            Complaint filed:  July 3, 2008
16                                  Trial Date:       None set

17

18                        **STIPULATION**

19    WHEREAS, on July 3, 2008, Plaintiff KARL STORZ ENDOSCOPY-AMERICA, INC.,

20 ("Storz") filed suit for patent infringement against Defendant FEMSUITE, LLC ("FemSuite"); and

21    WHEREAS, FemSuite's response to the Complaint is currently due on August 6, 2008

22 pursuant to the Summons served with the Complaint upon FemSuite on July 7, 2008 requiring

23 FemSuite to file and serve upon Plaintiff an answer or motion under Rule 12 of the Federal Rules of

24 Civil Procedure within thirty (30) days; and

25    WHEREAS FemSuite has requested, and Plaintiff has agreed to, a thirty day extension of

26 time to respond; and

27    WHEREAS, this extension is not for the purpose of delay, and the parties believe that this

28 extension of time will not affect any dates that have been set by the Court;

1  ACCORDINGLY, the parties, by and through their undersigned counsel, HEREBY STIPULATE that FemSuite's response to the Complaint filed by Storz, which was originally due on August 6, 2008, may be filed and served up to and including September 8, 2008.

Dated: July 24, 2008     Respectfully submitted,
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC

_/s/ Allison K. Young_
By:  ALLISON K. YOUNG

Attorneys for Defendant,
FemSuite, LLC

Dated: July 24, 2008     Respectfully submitted,
BECK ROSS BISMONTE & FINLEY, LLP

_/s/ Alfredo A. Bismonte_
By:  ALFREDO A. BISMONTE

Attorneys for Plaintiff,
Karl Storz Endoscopy-America, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  July ___, 2008

THE HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

4388063v.1

- 2 -
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT FEMSUITE, LLC.
RESPOND TO COMPLAINT                                    Case No. C08-03210 BZ