| | |
|---|---|
| 1 | ALLISON K. YOUNG (SBN 225655) |
|   | Email: ayoung@mintz.com |
| 2 | MINTZ LEVIN COHN FERRIS GLOVSKY AND |
|   | POPEO, PC |
| 3 | 1400 Page Mill Road |
|   | Palo Alto, California  94304-1124 |
| 4 | Telephone:  (650) 251-7700 |
|   | Facsimile:   (650) 251-7739 |
| 5 | |
| 6 | Attorneys for Defendant, |
|   | FEMSUITE, LLC |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, Inc., | Case No. C08-03210 BZ |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT FEMSUITE, LLC TO RESPOND TO COMPLAINT** |
| vs. | |
| FEMSUITE, LLC, | Judge: Honorable Bernard Zimmerman |
| Defendant. | Complaint filed:   July 3, 2008 |
| | Trial Date:        None set |

## STIPULATION

WHEREAS, on July 3, 2008, Plaintiff KARL STORZ ENDOSCOPY-AMERICA, INC., ("Storz") filed suit for patent infringement against Defendant FEMSUITE, LLC ("FemSuite"); and

WHEREAS, FemSuite's response to the Complaint is currently due on August 6, 2008 pursuant to the Summons served with the Complaint upon FemSuite on July 7, 2008 requiring FemSuite to file and serve upon Plaintiff an answer or motion under Rule 12 of the Federal Rules of Civil Procedure within thirty (30) days; and

WHEREAS FemSuite has requested, and Plaintiff has agreed to, a thirty day extension of time to respond; and

WHEREAS, this extension is not for the purpose of delay, and the parties believe that this extension of time will not affect any dates that have been set by the Court;

1  ACCORDINGLY, the parties, by and through their undersigned counsel, HEREBY
2  STIPULATE that FemSuite's response to the Complaint filed by Storz, which was originally due on
3  August 6, 2008, may be filed and served up to and including September 8, 2008.

4  Dated: July 24, 2008        Respectfully submitted,
5                              MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC

7  _/s/ Allison K. Young_____
   By:  ALLISON K. YOUNG

8  Attorneys for Defendant,
9  FemSuite, LLC

10  Dated: July 24, 2008        Respectfully submitted,
11                              BECK ROSS BISMONTE & FINLEY, LLP

13  _/s/ Alfredo A. Bismonte_____
    By:  ALFREDO A. BISMONTE

14  Attorneys for Plaintiff,
15  Karl Storz Endoscopy-America, Inc.

17  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

19  Dated:  July 25, 2008

20                              THE HONORABLE BERNARD ZIMMERMAN
21                              UNITED STATES MAGISTRATE JUDGE

23  4388063v.1

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT FEMSUITE, LLC.
RESPOND TO COMPLAINT                                           Case No. C08-03210 BZ