Justin T. Beck, Esq. (Cal. Bar. No. 53138)
Alfredo A. Bismonte, Esq. (Cal. Bar. No. 136154)
Ron C. Finley, Esq. (Cal. Bar. No. 200549)
Jeremy M. Duggan, Esq. (Cal. Bar. No. 229854)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
       rfinley@beckross.com
       abismonte@beckross.com
       jduggan@beckross.com

*Of counsel (subject to pro hac vice admission)*:
Wesley W. Whitmyer, Jr.
Benjamin J. Lehberger
ST.ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905
Telephone: (203) 324-6155
Facsimile: (203) 327-1096
Email:  wwhitmyer@ssjr.com
        blehberger@ssjr.com

Attorneys for Plaintiff
Karl Storz Endoscopy-America, Inc.

# IN THE UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| | **Case No. C 08-3120** |
| KARL STORZ ENDOSCOPY-AMERICA, INC. | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Plaintiff, | |
| v. | |
| FEMSUITE, LLC | |
| Defendant. | |

Case No. C 08-3210
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE

BECK, ROSS, BISMONTE & FINLEY, LLP
FAIRMONT PLAZA
50 W. SAN FERNANDO ST., 1300
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 938-7900

1        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2        The undersigned party hereby declines to consent to the assignment of this case to a United

3    States Magistrate Judge for trial and disposition and requests reassignment of this case to a United

4    States District Judge.

5

6    Dated:  August 12, 2008                    Beck, Ross, Bismonte, & Finley, LLP

7

8                                         By:_____/s/_____
                                              Jeremy M. Duggan
9                                             Attorneys for Plaintiff
                                              Karl Storz Endoscopy-America, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BECK, ROSS, BISMONTE & FINLEY, LLP
FAIRMONT PLAZA
50 W. SAN FERNANDO ST., 1300
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 938-7900

Case No. C 08-3210
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE

1