UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Karl Storz Endoscopy-America, Inc.                No. C08-3210 BZ

    Plaintiff(s).

    v.                                        NOTICE OF IMPENDING
                                              REASSIGNMENT TO A UNITED
                                              STATES DISTRICT COURT JUDGE

Femsuite, LLC,

    Defendant(s).
_____/

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

    (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The Motion Hearing set for **October 20, 2008** at **4:00 p.m.** is hereby **VACATED**.

Dated: 8/13/08

                                               Richard W. Wieking, Clerk
                                               United States District Court

                                               By: Simone Voltz - Deputy Clerk to
                                               Magistrate Judge Bernard Zimmerman

reassign.DCT

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA,INC., <br><br>          Plaintiff, <br><br> v. <br><br> FEMSUITE, LLC et al, <br><br>          Defendant. _____/ | Case Number: CV08-03210 BZ <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Benjamin J. Lehberger
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, CT 06905

Wesley W. Whitmyer
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, CT 06905

Dated: August 13, 2008

Richard W. Wieking, Clerk
By: Simone Voltz, Deputy Clerk