1  Justin T. Beck, Esq. (Cal. Bar. No. 53138)
2  Alfredo A. Bismonte, Esq. (Cal. Bar. No. 136154)
   Ron C. Finley, Esq. (Cal. Bar. No. 200549)
3  Jeremy M. Duggan, Esq. (Cal. Bar. No. 229854)
   Beck, Ross, Bismonte & Finley, LLP
4  50 West San Fernando Street, Suite 1300
   San Jose, CA 95113
5  Tel: (408) 938-7900
   Fax: (408) 938-0790
6  Email: jbeck@beckross.com
           rfinley@beckross.com
7          abismonte@beckross.com
           jduggan@beckross.com
8
   *Of counsel (subject to pro hac vice admission)*:
9  Wesley W. Whitmyer, Jr.
   Benjamin J. Lehberger
10 ST.ONGE STEWARD JOHNSTON & REENS LLC
   986 Bedford Street
11 Stamford, Connecticut 06905
   Telephone: (203) 324-6155
12 Facsimile: (203) 327-1096
   Email: wwhitmyer@ssjr.com
13        blehberger@ssjr.com

14 Attorneys for Plaintiff
15 Karl Storz Endoscopy-America, Inc.

16          **IN THE UNITED STATES DISTRICT COURT FOR THE**
17              **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC. | Case No. C 08-3120 VRW |
| Plaintiff, | **APPLICATION FOR ADMISSION OF BENJAMIN J. LEHBERGER *PRO HAC VICE*** |
| v. | |
| FEMSUITE, LLC | |
| Defendant. | |

Case No. C 08-3210
APPLICATION FOR PRO HAC VICE ADMISSION

1  Pursuant to Civil Local Rule 11-3, Benjamin J. Lehberger, an active member in good
2  standing of the State Bar of Connecticut, hereby applies for admission to practice in the Northern
3  District of California on a pro hac vice basis representing Karl Storz Endoscopy America, Inc.
4  ("KSEA") in the above-entitled action.
5  In support of this application, I certify on oath that:
6  1.  I am an active member in good standing of a United States Court or of the highest court
7  of another State or the District of Columbia, as indicated above;
8  2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule
9  11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with
10  the Local Rules and Alternative Dispute Resolution programs of this Court; and,
11  3.  Attorneys who are members of the bar of this Court in good standing and who maintain
12  an office within the State of California, have been designated as co-counsel in the above-entitled
13  action.  The names address, and telephone number of those attorneys are:  Justin T. Beck, Alfredo
14  A. Bismonte, Ron C. Finley, and Jeremy M. Duggan, Beck, Ross, Bismonte & Finley LLP, 50 W
15  San Fernando St., Suite 1300, San Jose, CA 95113, (408) 938-7900.
16  I declare under penalty of perjury that the foregoing is true and correct.

18  Dated: July 10, 2008

    Benjamin J. Lehberger

Case No. C 08-3210
APPLICATION FOR PRO HAC VICE ADMISSION

1

## PROOF OF SERVICE

I am a citizen of the United States. My business address is Fairmont Plaza, 50 W. San Fernando St., 1300, San Jose, California 95113. I am employed in the County of Santa Clara where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served the following document(s):

**APPLICATION FOR ADMISSION OF BENJAMIN J. LEHBERGER *PRO HAC VICE***

by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

ALLISON K. YOUNG
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, PC
1400 Page Mill Road
Palo Alto, California 94304-1124

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

☐ (BY FAX) I caused such document(s) to be transmitted by facsimile on this date to the offices of the addressee(s).

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) with postage thereon fully prepared to be delivered to a U.P.S. overnight pickup at San Jose, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on August 14, 2008.

JOSEFANIE J. GRACIANO