```
Justin T. Beck, Esq. (Cal. Bar. No. 53138)
Alfredo A. Bismonte, Esq. (Cal. Bar. No. 136154)
Ron C. Finley, Esq. (Cal. Bar. No. 200549)
Jeremy M. Duggan, Esq. (Cal. Bar. No. 229854)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
       rfinley@beckross.com
       abismonte@beckross.com
       jduggan@beckross.com
```

*Of counsel (subject to pro hac vice admission)*:
Wesley W. Whitmyer, Jr.
Benjamin J. Lehberger
ST.ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905
Telephone: (203) 324-6155
Facsimile: (203) 327-1096
Email: wwhitmyer@ssjr.com
       blehberger@ssjr.com

Attorneys for Plaintiff
Karl Storz Endoscopy-America, Inc.

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>FEMSUITE, LLC<br><br>Defendant. | Case No. C 08-~~3120~~ 3210 VRW<br><br>~~[PROPOSED]~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Case No. C 08-3210
[PROPOSED] ORDER

1   Benjamin J. Lehberger, an active member in good standing of the State Bar of Connecticut,
2   whose business address and telephone number is:

3   ST.ONGE STEWARD JOHNSTON & REENS LLC
    986 Bedford Street
4   Stamford, Connecticut 06905
    Telephone: (203) 324-6155
5

6   having applied in the above entitled action for admission to practice in the Northern District of
7   California on a *pro hac vice* basis, representing Plaintiff Karl Storz Endoscopy-America, Inc.
8   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
9   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac
10  vice*. Service of papers upon and communication with co-counsel designated in the application
11  will constitute notice to the party. All future filings in this action are subject to the requirements
12  contained in General Order No. 45, *Electronic Case Filing*.

13  Dated:  8/22/08



14  _____
    Vaughn R. Walker
15  United States District Chief Judge

GRANTED
Judge Vaughn R Walker

Case No. C 08-3210
[PROPOSED] ORDER

1

## PROOF OF SERVICE

I am a citizen of the United States. My business address is Fairmont Plaza, 50 W. San Fernando St., 1300, San Jose, California 95113. I am employed in the County of Santa Clara where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served the following document(s):

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

ALLISON K. YOUNG
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, PC
1400 Page Mill Road
Palo Alto, California 94304-1124

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

☐ (BY FAX) I caused such document(s) to be transmitted by facsimile on this date to the offices of the addressee(s).

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) with postage thereon fully prepared to be delivered to a U.P.S. overnight pickup at San Jose, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on August 14, 2008.

JOSEFANIE J. GRACIANO