```
                                                         FILED
 1  Brad M. Scheller
    MINTZ LEVIN COHN FERRIS GLOVSKY               08 AUG 25 PM 3:31
 2    AND POPEO, P.C.
    666 Third Avenue                                   W. WILKING
 3  New York, New York 10017                      U.S. DISTRICT COURT
    Telephone:  (212) 935-3000                   ...DISTRICT OF CALIFORNIA
 4  Facsimile:  (212) 935-3115
    Email:      bmscheller@mintz.com
 5

 6  Allison K. Young (SBN: 225655)
    MINTZ LEVIN COHN FERRIS GLOVSKY
 7    AND POPEO P.C.
    Five Palo Alto Square, 6th Floor
 8  Palo Alto, California 94306
    Telephone:  (650) 251-7700
 9  Facsimile:  (650) 251-7739
    Email:      ayoung@mintz.com
10
    Attorneys for Defendant, FemSuite, LLC
11
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO)

| | |
|---|---|
| Karl Storz Endoscopy-America, Inc., | Case No. 3:08-cv-03210 (VRW) |
| Plaintiff, | |
| | Judge: The Hon. Vaughn R. Walker |
| v. | |
| FemSuite, LLC, | |
| Defendant. | |
| | **APPLICATION FOR ADMISSION OF ATTORNEY BRAD M. SCHELLER *PRO HAC VICE*** |

**BY FAX**

Pursuant to Civil L.R. 11-3, Brad M. Scheller, an active member in good standing of the Bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing defendant, FemSuite, LLC, in the above-entitled action.

In support of this application, I certify on oath that:

Pro Hac Vice Appl. of Brad M. Scheller
Case No. 3:08-cv-03210 (VRW)

1. I am an active member in good standing of the United States District Court for the Southern District of New York and the highest court of the State of New York;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the Bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

>   Allison K. Young (SBN: 225655)
>   MINTZ LEVIN COHN FERRIS GLOVSKY
>     AND POPEO P.C.
>   3000 El Camino Real
>   5 Palo Alto Square - 6th Floor
>   Palo Alto, California 94306
>   Telephone:   (650) 251-7700
>   Facsimile:   (650) 251-7739
>   Email:       ayoung@mintz.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 25, 2008

Respectfully submitted,

Mintz Levin Cohn Ferris Glovsky
  and Popeo, P.C.

*/s/ Brad M. Scheller*
Brad M. Scheller

-2-

Pro Hac Vice Appl. of Brad M. Scheller
Case No. 3:08-cv-03210 (VRW)
4411703v.1