

1  Brad M. Scheller
   MINTZ LEVIN COHN FERRIS GLOVSKY
2    AND POPEO P.C.
   666 Third Avenue
3  New York, New York  10017
   Telephone:    (212) 935-3000
4  Facsimile:    (212) 935-3115
   Email:        bmscheller@mintz.com
5

6  Allison K. Young (SBN: 225655)
   MINTZ LEVIN COHN FERRIS GLOVSKY
7    AND POPEO P.C.
   Five Palo Alto Square, 6th Floor
8  Palo Alto, California 94306
   Telephone:    (650) 251-7700
9  Facsimile:    (650) 251-7739
   Email:        ayoung@mintz.com
10

*Attorneys for Defendant, FemSuite, LLC*
11

12                  UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
13                          (SAN FRANCISCO)

14

15  Karl Storz Endoscopy-America, Inc.,          Case No. 3:08-cv-03210 (VRW)

16                  Plaintiff,
                                                 Judge: The Hon. Vaughn R. Walker
17       v.

18  FemSuite, LLC,

19                  Defendant.
                                                 **[PROPOSED] ORDER GRANTING
20                                               APPLICATION FOR BRAD M.
                                                 SCHELLER TO APPEAR *PRO HAC VICE***
21

22

23

24       Brad M. Scheller, an active member in good standing of the Bar of New York, whose

25  business address and telephone number is:

26  //

27  //

28
    Proposed Order re Pro Hac Vice Appl.
    of Brad M. Scheller
    Case No. 3:08-cv-03210 (VRW)

1  MINTZ LEVIN COHN FERRIS GLOVSKY
     AND POPEO P.C.
2  666 Third Avenue
   New York, New York  10017
3  Telephone:    (212) 935-3000
   Facsimile:    (212) 935-3115
4  Email:        bmscheller@mintz.com

5  having applied in the above-entitled action for admission to practice in the Northern District of

6  California on a *pro hac vice* basis, representing FemSuite, LLC.

7       IT IS HEREBY ORDERED that the application is granted, subject to the terms and

8  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

9  *vice*. Service of papers upon and communication with co-counsel designated in the application will

10 constitute notice to the party. All future filings in this action are subject to the requirements

11 contained in General Order No. 45, *Electronic Case Filing*.

13 Dated: _____, 2008       _____
                                        United States District Judge

-2-

Proposed Order re Pro Hac Vice Appl.
of Brad M. Scheller
Case No. 3:08-cv-03210 (VRW)
4411728v.1