```
Dean G. Bostock
MINTZ LEVIN COHN FERRIS GLOVSKY
  AND POPEO P.C.
One Financial Center
Boston, Massachusetts 02111
Telephone:   (617) 542-6000
Facsimile:   (617) 542-2241
Email:       dbostock@mintz.com


Allison K. Young (SBN: 225655)
MINTZ LEVIN COHN FERRIS GLOVSKY
  AND POPEO P.C.
Five Palo Alto Square, 6th Floor
Palo Alto, California 94306
Telephone:   (650) 251-7700
Facsimile:   (650) 251-7739
Email:       ayoung@mintz.com
```

*Attorneys for Defendant, FemSuite, LLC*

FILED
08 AUG 25 PM 3:31
[stamp] U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO)

| | |
|---|---|
| Karl Storz Endoscopy-America, Inc., <br><br> Plaintiff, <br><br> v. <br><br> FemSuite, LLC, <br><br> Defendant. | Case No. 3:08-cv-03210 (VRW) <br><br> Judge: The Hon. Vaughn R. Walker <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY DEAN G. BOSTOCK *PRO HAC VICE*** <br><br> **BY FAX** |

Pursuant to Civil L.R. 11-3, Dean G. Bostock, an active member in good standing of the Bar of Massachusetts, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing defendant, FemSuite, LLC, in the above-entitled action.

In support of this application, I certify on oath that:

Pro Hac Vice Appl. of Dean G. Bostock
Case No. 3:08-cv-03210 (VRW)

1.    I am an active member in good standing of the United States District Court for the District of Massachusetts and the highest court of the Commonwealth of Massachusetts;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3.    An attorney who is a member of the Bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

> Allison K. Young (SBN: 225655)
> MINTZ LEVIN COHN FERRIS GLOVSKY
>   AND POPEO P.C.
> 3000 El Camino Real
> 5 Palo Alto Square - 6th Floor
> Palo Alto, California 94306
> Telephone:  (650) 251-7700
> Facsimile:  (650) 251-7739
> Email:  ayoung@mintz.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 25, 2008

Respectfully submitted,

Mintz Levin Cohn Ferris Glovsky
  and Popeo, P.C.

_____
Dean G. Bostock

-2-

Pro Hac Vice Appl. of Dean G. Bostock
Case No. 3:08-cv-03210 (VRW)
4411612v.1