COPY

1  Dean G. Bostock
   MINTZ LEVIN COHN FERRIS GLOVSKY
2     AND POPEO P.C.
   One Financial Center
3  Boston, Massachusetts 02111
   Telephone:  (617) 542-6000
4  Facsimile:  (617) 542-2241
   Email:      dbostock@mintz.com
5

6  Allison K. Young (SBN: 225655)
   MINTZ LEVIN COHN FERRIS GLOVSKY
7     AND POPEO P.C.
   Five Palo Alto Square, 6th Floor
8  Palo Alto, California 94306
   Telephone:  (650) 251-7700
9  Facsimile:  (650) 251-7739
   Email:      ayoung@mintz.com
10

   *Attorneys for Defendant, FemSuite, LLC*
11

12              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
13                      (SAN FRANCISCO)

14

15 | Karl Storz Endoscopy-America, Inc., | Case No. 3:08-cv-03210 (VRW) |
16 |        Plaintiff,                   |                              |
   |                                     | Judge: The Hon. Vaughn R. Walker |
17 |        v.                           |                              |
18 | FemSuite, LLC,                      |                              |
19 |        Defendant.                   | **[PROPOSED] ORDER GRANTING** |
20 |                                     | **APPLICATION FOR DEAN G. BOSTOCK** |
   |                                     | **TO APPEAR *PRO HAC VICE*** |

21

22

23

24 Dean G. Bostock, an active member in good standing of the Bar of Massachusetts, whose business

25 address and telephone number is:

26 //

27 //

28

Proposed Order re Pro Hac Vice Appl.
Of Dean Bostock
Case No. 3:08-cv-03210 (VRW)

Stamp: RECEIVED AUG 25 2008

MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.
One Financial Center
Boston, Massachusetts 02111
Telephone:   (617) 542-6000
Facsimile:    (617) 542-2241
Email: dbostock@mintz.com

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing FemSuite, LLC.

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____, 2008       _____
                                      United States District Judge

Proposed Order re Pro Hac Vice Appl.
Of Dean Bostock
Case No. 3:08-cv-03210 (VRW)
4411654v.1

-2-