Allison K. Young (SBN: 225655)
ayoung@mintz.com
Dean G. Bostock *pro hac vice pending*
dbostock@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND
POPEO P.C.
3000 El Camino Real
5 Palo Alto Square - 6th Floor
Palo Alto, California 94306
Telephone: (650) 251-7700
Facsimile: (650) 251-7739

Attorneys for Defendant
FEMSUITE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KARL STORZ ENDOSCOPY AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FEMSUITE, LLC,<br><br>Defendant. | Case No.: C:08-cv-03210 VRW<br><br>**DECLARATION OF JERRY SANDERS IN SUPPORT OF DEFENDANT'S NOTICE OF MOTION, MOTION AND MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS**<br><br>Hearing Date: December 11, 2008<br>Hearing Time: 2:30 p.m.<br>Courtroom 6, 17th Fl. |

I, Jerry Sanders, hereby declare as follows:

1. I am the Chief Executive Officer of FemSuite, LLC.

2. FemSuite is in the process of designing a new disposable hysteroscope designated the "FemEye Two."

3. Although FemSuite has not yet requested Food and Drug Administration ("FDA") approval for this device, the FemEye Two device is a Class II-type device under § 515 of the Food Drug and Cosmetic Act. As a result, the FemEye Two device cannot be marketed or sold unless and until FemSuite obtains FDA approval.

4. FemSuite has manufactured protoypes of the FemEye Two device in order to have the device used and evaluated by doctors for the purpose of allowing FemSuite to apply for FDA approval to market the device.

5. As the design of the FemEye Two device has not been fully evaluated or finalized, FemSuite has not yet begun the testing required for FemSuite to apply for FDA approval for this device. Moreover, once an application for FDA approval is filed, it is not known how long it may take to obtain approval, assuming approval is ultimately granted. For example, the FDA will likely require clinical data comparing the use of the FemEye Two to a traditional hysteroscope. The FDA may also require that changes be made, for safety and/or efficacy, to the design of the device submitted for approval.

6.  FemSuite had prototypes of an interim design of the FemEye Two device at the American College of Obstetrics and Gynecology ("ACOG") tradeshows in San Diego, California, in May 2007 and in New Orleans, Louisiana, in May 2008. ACOG is the leading conference for physicians, academics and thought-leaders in the field of gynecology.

7.  I attended these two ACOG tradeshows on behalf of FemSuite. The FemEye Two device at these tradeshows was not the final design of the device. Indeed, the device configuration of the FemEye Two at the 2007 show was substantially different than the device configuration at the 2008 show. The video unit of the devices at both of those tradeshows was not substantially within the outer contour of the cross section of the shaft of the device during insertion mode. FemSuite expects that the final design of the FemEye Two device will incorporate a video unit of which the outer contour of its cross section will be outside the cross section of the shaft of the device during insertion mode. FemSuite continues to make modifications to the design of the FemEye Two device as it did in 2007 and as it is doing in 2008

8.  The FemEye Two prototypes were brought to the ACOG tradeshows for the purpose of locating doctors who would be willing to use and evaluate the devices and provide data and other feedback to FemSuite for use by FemSuite in filing an application for FDA approval to market the devices. FemSuite will use the clinical data resulting from the evaluations and other feedback from the doctors to prepare an application for FDA approval for the device.

9.  FemSuite did not offer to sell the FemEye Two devices at either of the ACOG tradeshows or at any other time and FemSuite made clear to all inquiring parties, including plaintiff, that the device has not been approved by the FDA for sale.

36908-902 4385259    -3-    Declaration of JSanders in Support of
Defendant's Motion to Dismiss
Case No. 3:08-cv-03210-VRW

10. The FemSuite Two device is not listed on FemSuite's website (www.femsuite.com) as an item available for purchase. To the contrary, FemSuite's website identifies the FemEye Two device as being "In the pipeline" and "under development".

11. FemSuite has never sold the FemEye Two devices and has not accepted any orders for the sale of the FemEye Two devices.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct, and this Declaration was executed on September 4, 2008 at San Francisco, California.

_____
Jerry Sanders

36908-902 4385259

-4-

Declaration of JSanders in Support of
Defendant's Motion to Dismiss
Case No. 3:08-cv-03210-VRW