1  **Allison K. Young (SBN: 225655)**
   **ayoung@mintz.com**
2  **Dean G. Bostock** *pro hac vice pending*
   **dbostock@mintz.com**
3  **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY**
   **AND POPEO P.C.**
4  **3000 El Camino Real**
   **5 Palo Alto Square - 6th Floor**
5  **Palo Alto, California 94306**
   **Telephone: (650) 251-7700**
6  **Facsimile: (650) 251-7739**

7  Attorneys for Defendant
   **FEMSUITE, LLC**
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 | KARL STORZ ENDOSCOPY AMERICA, | ) | Case No. C:08-CV-03210 VRW |
   | INC.,                          | ) |                             |
14 |                                | ) | NOTICE OF CHANGE OF ADDRESS |
   |              Plaintiff,        | ) |                             |
15 |                                | ) |                             |
   |      v.                        | ) |                             |
16 |                                | ) |                             |
   | FEMSUITE, LLC,                 | ) |                             |
17 |                                | ) |                             |
   |              Defendant.        | ) |                             |
18 |                                | ) |                             |

19

20         TO:      CLERK OF THE COURT

21         AND TO:  KARL STORZ ENDOSCOPY AMERICA, INC.

22         **PLEASE TAKE NOTICE** that, effective August 25, 2008, Allison K. Young, counsel for

23 Femsuite, LLC in the above-captioned matter, has a new address and contact information as follows:

24 //

25 //

26 //

27 //

28

Notice of Change of Address
Case No. C:08-CV-03210 VRW

1  ALLISON K. YOUNG (SBN 225655)
   Email: ayoung@mintz.com
2  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
   AND POPEO, P.C.
3  5 Palo Alto Square - 6th Floor
   3000 El Camino Real
4  Palo Alto, CA  94306-2155
   Telephone: (650) 251-7700
5  Facsimile:  (650) 251-7739

6

7  Date: September 5, 2008                    MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
                                              AND POPEO P.C.
8

9
                                              By:    /s/ Allison K. Young
10                                                   Allison K. Young
                                                     Attorneys for Defendant,
11                                                   Femsuite, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
Notice of Change of Address                -2-
Case No. 3:08-cv-03210-VRW