UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, Inc.,<br><br>        Plaintiff,<br><br>vs.<br><br>FEMSUITE, LLC,<br><br>        Defendant. | Case No. 3:08-CV-03210 VRW<br><br>~~[PROPOSED]~~ **ORDER GRANTING WITHDRAWAL OF COUNSEL**<br><br>**CIVIL L.R. 11-5(a)**<br><br>Judge: Honorable Vaughn R. Walker<br><br>Complaint filed:   July 3, 2008<br>Trial Date:          None set |

Having complied with Civil Local Rule 11-5(a) of this Court, and good cause appearing therefore, Allison K. Young, counsel of record for Defendant FEMSUITE, LLC. ("FemSuite") in the above-entitled action, may, and hereby is, withdrawn as counsel for FemSuite in this action.

IT IS SO ORDERED.

Dated: 11/19/2008

_____
HONORABLE
UNITED STATES DISTRICT JUDGE

*[GRANTED — Judge Vaughn R Walker]*

4473785v.1

[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL;
Case No. 3:08-CV-03210 VRW