1  BRYAN J. SINCLAIR (SBN 205885)
   Email: bsinclair@mintz.com
2  MINTZ LEVIN COHN FERRIS GLOVSKY AND
   POPEO, PC
3  5 Palo Alto Square - 6th Floor
   3000 El Camino Real
4  Palo Alto, California 94306-2155
   Telephone: (650) 251-7700
5  Facsimile: (650) 251-7739

6  Dean G. Bostock (ADMITTED *PRO HAC VICE*)
   Email: dbostock@mintz.com
7  MINTZ LEVIN COHN FERRIS GLOVSKY AND
   POPEO, PC
8  One Financial Center
   Boston, Massachusetts 02111
9  Telephone: (617) 542-6000
   Facsimile: (617) 542-2241
10
   Attorneys for Defendant,
11 FEMSUITE, LLC

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 15  KARL STORZ ENDOSCOPY-AMERICA, Inc., | Case No. 3:08-CV-03210 VRW |
| 16              Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT FEMSUITE, LLC TO** |
| 17      vs. | **REPLY TO PLAINTIFF KARL STORZ ENDOSCOPY-AMERICA, INC.'S** |
| 18  FEMSUITE, LLC, | **OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE** |
| 19              Defendant. | **TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED OR, IN** |
| 20 | **THE ALTERNATIVE, TO STAY PROCEEDINGS** |
| 21 | |
| 22 | Judge: Honorable Vaughn R. Walker |
| 23 | Motion Date: December 11, 2008 |
|    | Time: 2:30 p.m. |
| 24 | Place: Courtroom 6, 17th Floor |

25

26    WHEREAS, on September 5, 2008, Defendant FEMSUITE, LLC ("FemSuite") filed its

27 Motion to Dismiss Plaintiff's Complaint filed by KARL STORZ ENDOSCOPY-AMERICA, INC.

28 ("KSEA") and noticed the Motion to Dismiss for oral argument on December 11, 2008 (Docket No.

- 1 -

1  22);

2  WHEREAS, on November 20, 2008, KSEA filed its Memorandum in Opposition to
3  Defendant's Motion to Dismiss (the "Opposition") (Docket No. 44);

4  WHEREAS, pursuant to Civil L.R. 7-3(c) and due to the Thanksgiving Holiday, FemSuite
5  must now file its Reply to the Opposition ("Reply") on or before Wednesday November 26, 2008;

6  WHEREAS, pursuant to Civil L.R. 7-3(c) and due to the Thanksgiving Holiday, FemSuite
7  now only has four court days to prepare and file a reply brief whereas it would normally have five
8  court days to prepare a reply.

9  WHEREAS, KSEA has agreed to grant FemSuite a short extension to file its Reply;

10  WHEREAS, this is the first extension sought by a party in relation to FemSuite's Motion to
11  Dismiss, this extension is not for the purpose of delay, and the parties believe that this short
12  extension of time will not affect any dates or other deadlines that have been set by the Court,
13  including the December 11, 2008 hearing date, and is in the interests of fairness.

14  ACCORDINGLY, the parties, by and through their undersigned counsel, HEREBY
15  STIPULATE that Defendant FemSuite's Reply to Plaintiff KSEA's Opposition, which was

16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

originally due on November 26, 2008, may be electronically filed and served up to and including December 1, 2008.

Dated: November 26, 2008        Respectfully submitted,

                                                   MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC

                                                   /s/ Bryan J. Sinclair
                                                 By: BRYAN J. SINCLAIR

                                                      Attorneys for Defendant,
                                                      FEMSUITE, LLC

Dated: November 26, 2008        Respectfully submitted,

                                                   BECK, ROSS, BISMONTE & FINLEY, LLP

                                                   /s/ Alfredo A. Bismonte
                                                 By: ALFREDO A. BISMONTE

                                                     Attorneys for Plaintiff,
                                                     KARL STORZ ENDOSCOPY-AMERICA, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/26/2008

                                                  THE HONORABLE VAUGHN R. WALKER
                                                  UNITED STATES DISTRICT JUDGE

*[GRANTED — signed by Judge Vaughn R. Walker, United States District Court, Northern District of California]*

4484226v.1