Justin T. Beck, Esq. (Cal. Bar. No. 53138)
Alfredo A. Bismonte, Esq. (Cal. Bar. No. 136154)
Ron C. Finley, Esq. (Cal. Bar. No. 200549)
Jeremy M. Duggan, Esq. (Cal. Bar. No. 229854)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
　　　　rfinley@beckross.com
　　　　abismonte@beckross.com
　　　　jduggan@beckross.com

Wesley W. Whitmyer, Jr. (admitted *pro had vice*)
Benjamin J. Lehberger (admitted *pro had vice*)
ST.ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905
Telephone: (203) 324-6155
Facsimile: (203) 327-1096
Email: wwhitmyer@ssjr.com
　　　　blehberger@ssjr.com

Attorneys for Plaintiff
Karl Storz Endoscopy-America, Inc.

# IN THE UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC.<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>FEMSUITE, LLC<br><br>　　　　　　　Defendant. | **Case No. C 08-3210 - VRW**<br><br>**STIPULATION AND [PROPOSED] ORDER TO REMOVE EFILED DOCUMENT MISTAKENLY FILED BY PLAINTIFF**<br><br>**CIVIL LOCAL RULE 7-12** |

1  Whereas, on September 5, Defendant FEMSUITE, LLC ("FemSuite") filed its Motion to
2  Dismiss Plaintiff's Complaint filed by KARL STORZ ENDOSCOPY-AMERICA, INC. ("KSEA")
3  and noticed FemSuite's motion for hearing on December 11, 2008 (Docket No. 22);

4  Whereas, KSEA represents that based on the concerns of FemSuite, KSEA revised its
5  Memorandum in Opposition to FemSuite's motion ("Opposition") to exclude certain information
6  that FemSuite may consider confidential, after which KSEA efiled the Opposition as Docket No.
7  40 on November 20, 2008;

8  Whereas, very shortly after efiling the Opposition as Docket No. 40, KSEA represents that
9  it noticed that some information which may be considered confidential by FemSuite was
10 inadvertently contained in the Opposition filed as Docket No. 40, after which KSEA (1) promptly
11 requested the Court's ECF help desk to "lock" Docket No. 40 so that it cannot be viewed by the
12 public, and (2) efiled a corrected Memorandum in Opposition to FemSuite's motion ("Corrected
13 Opposition") as Docket No. 44 on November 20, 2008;

14 Whereas, KSEA represents that its has been informed by the Court's ECF help desk that
15 Docket No. 40 has indeed been "locked" but that only the judge assigned to the case may order
16 deletion or removal of a document filed with the Court.

17 ACCORDINGLY, the parties, by and through their undersigned counsel, pursuant to Civil
18 Local Rule 7-12, HEREBY STIPULATE to and respectfully request the Court to enter the
19 following order:

20  The document filed in Case No. C 08-3210 as Docket No. 40 be deleted and
21  removed from the Court records, including the Court records maintained
22  electronically.

23

24 Dated: December 1, 2008                Respectfully submitted,
25                                        Beck, Ross, Bismonte & Finley, LLP
26
27                                        By: ____/s/_Alfredo Bismonte_____
                                              Alfredo A. Bismonte, Esq.
                                              Attorneys for Plaintiff
28                                            Karl Storz Endoscopy-America, Inc.

Case No. C 08-3210 (VRW)
STIPULATION RE MISTAKENING FILED DOCUMENT

1

Dated: December 1, 2008          Respectfully submitted,

Mintz Levin Cohn Ferris Glovsky and Popeo, PC

By: ___/s/_Bryan J. Sinclair[1]___
Bryan J. Sinclair, Esq.
Attorneys for Defendant
FemSuite, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 12/9/2008



The H[onorable]
United [States...]

---

[1] Pursuant to General Order No. 45, Section X, the filer of this document attests that concurrence in the filing of this document has been obtained from Bryan J. Sinclair.

Case No. C 08-3210 (VRW)
STIPULATION RE MISTAKENING FILED DOCUMENT

2