Justin T. Beck, Esq. (Cal. Bar. No. 53138)
Alfredo A. Bismonte, Esq. (Cal. Bar. No. 136154)
Ron C. Finley, Esq. (Cal. Bar. No. 200549)
Jeremy M. Duggan, Esq. (Cal. Bar. No. 229854)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
 abismonte@beckross.com
 rfinley@beckross.com
 jduggan@beckross.com

Wesley W. Whitmyer, Jr. *(pro hac vice)*
Benjamin J. Lehberger *(pro hac vice)*
ST.ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905
Tel: (203) 324-6155
Fax: (203) 327-1096
Email: wwhitmyer@ssjr.com
 blehberger@ssjr.com

Attorneys for Plaintiff
Karl Storz Endoscopy-America, Inc.

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>FEMSUITE, LLC<br><br>Defendant. | **Case No. C 08-3210 (VRW)**<br><br>**STIPULATION AND [PROPOSED] ORDER TAKING CASE DEADLINES OFF CALENDER AND SETTING CMC IN LIGHT OF SETTLEMENT EFFORTS** |

---

Case No. C 08-3210
STIPULATION RE CASE DEADLINES AND CMC

1

Pursuant to the Civil Local Rule 7-12 and as suggested by the Deputy Clerk of Chief Judge Vaughn R. Walker, Plaintiff Karl Storz Endoscopy-America, Inc. ("KSEA") and Defendant FemSuite, LLC ("FemSuite"), hereby jointly state the following:

On March 25, 2009, KSEA and FemSuite held a mediation of this matter before Chief Magistrate Judge James Larson.

As a result of that mediation, the parties decided to explore a business settlement but need an opportunity to conduct due diligence. Accordingly, the parties would like to undertake a "stand-still" of litigation efforts and suspend the current case schedule until approximately May 8, 2009. Subsequently, the parties anticipate reporting the status of the settlement efforts to Judge Walker in a Case Management Conference under Civil Local Rules 16-10(c) and (d).

The parties further note that in a January 8, 2009 Civil Pretrial Minute Order (Document No. 66) attached as Exhibit A to this document, the Court has set forth case scheduling deadlines which would be necessarily effected by any such "stand-still" agreement.

Accordingly, the parties hereby stipulate to and request that the Court enter an order as follows:

1. The deadlines set forth in Exhibit A, with the exception of the May 15, 2009 "Deadline for amending the pleadings" are taken off calendar.

2. On ~~June 18, 2009~~ July 2, 2009, a Case Management Conference ("CMC") be held before this Court at 3:30 PM.

3. On or before ~~June 8, 2009~~ June 25, 2009, the parties will file a joint CMC statement reporting progress on the settlement and, if applicable, suggest any further proposed changes in case related deadlines.

Case No. C 08-3210　　　　　　　　　　　　　2
STIPULATION RE CASE DEADLINES AND CMC

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated: April 13, 2009 | ____/s/Alfredo Bismonte_____ |
|   |   | Alfredo A. Bismonte, Esq. |
| 3 |   | Beck, Ross, Bismonte & Finley, LLP |
| 4 |   |   |
|   |   | Benjamin J. Lehberger (*pro hac vice*) |
| 5 |   | St. Onge Steward Johnston & Reens LLC |
| 6 |   |   |
|   |   | Attorneys for Plaintiff Karl Storz Endoscopy- |
| 7 |   | America, Inc. |

Respectfully submitted,

Dated: April 13, 2009

By: ___/s/_ Jeffrey M. Ratinoff [1]___
Jeffrey M. Ratinoff, Esq..
Mintz Levin Cohn Ferris Glovsky and Popeo, PC

Attorneys for Defendant FemSuite, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: __April 14, 2009_____



_____
The Honorable Vaughn R. Walker
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Vaughn R Walker

---

[1] Pursuant to General Order No. 45, Section X, the filer of this document attests that concurrence in the filing of this document has been obtained from Jeffrey M. Ratinoff.

Case No. C 08-3210
STIPULATION RE CASE DEADLINES AND CMC

3

Case3:08-cv-03210-VRW Document 68 Filed 04/18/2009 Page 4 of 11

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**
**VAUGHN R. WALKER**
United States District Chief Judge

Date : January 8, 2009

**C 08-3210  VRW**

**KARL STORZ ENDOSCOPY-AMERICA INC** v **FEMSUITE LLC**

Attorneys : For Plaintiff(s):   Ben Lehberger, Alfredo Bismonte

For Defendant(s):   Robert Taylor, Dean Bostock (participated by phone)

Deputy Clerk: Cora Klein                                    Reporter:   Not reported

PROCEEDINGS:
Case Management Conference - Held

SCHEDULE:

| Deadline for amending the pleadings | May 15, 2009 |
|---|---|
| Deadline for designation of experts | April 15, 2009 |
| Fact discovery deadline | May 15, 2009 |
| Initial experts reports | April 15, 2009 |
| Rebuttal expert reports | May 7, 2009 |
| Expert discovery deadline | May 15, 2009 |
| Deadline to file dispositive motions | May 21, 2009 |
| Dispositive motions hearing | June 25, 2009 at 2:30 PM. |
| Pretrial Conference | August 6, 2009 at 3:30 PM. |
| **Jury selection** | **August 11, 2009 at 8:30 AM** |
| **Jury trial** | **August 17, 2009 at 8:30 AM** |

Order to be prepared by:     Plntf_____     Deft_____     Court\_x\_