Justin T. Beck (Cal. Bar. No. 53138)
Alfredo A. Bismonte (Cal. Bar. No. 136154)
Ron C. Finley (Cal. Bar. No. 200549)
Jeremy M. Duggan (Cal. Bar. No. 229854)
BECK, ROSS, BISMONTE & FINLEY, LLP
50 West San Fernando Street, Suite 1300
San Jose, California 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
   rfinley@beckross.com
   abismonte@beckross.com
   jduggan@beckross.com

Attorneys for Plaintiff, Karl Storz Endoscopy-America, Inc.

**[ADDITIONAL COUNSEL IDENTIFIED ON SIGNATURE PAGE]**

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC.<br><br>   Plaintiff,<br><br>v.<br><br>FEMSUITE, LLC<br><br>   Defendant. | **Case No. C 08-3210 (VRW)**<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>**Date: July 2, 2009**<br>**Time: 3:30 pm**<br>**Place: Courtroom of Hon. Vaughn R. Walker (Courtroom #6, 17th floor)**<br><br>**Hon. Vaughn R. Walker** |

Case No. C 08-3210 (VRW)
JOINT CASE MANAGEMENT STATEMENT
AND PROPOSED ORDER

Pursuant to the Court's Order of April 14, 2009, Karl Storz Endoscopy-America, Inc. ("KSEA") and FemSuite LLC ("FemSuite") submit this Joint Case Management Statement.

As reported in the Parties Stipulation and Proposed Order Taking Case Deadlines Off Calendar and Setting CMC in Light of Settlement Efforts submitted to the Court on April 13, 2009, the parties have been exploring a business settlement which required an opportunity to conduct due diligence.

The Parties recently completed the due diligence and have agreed on a business resolution and settlement in principle to resolve all claims and counterclaims in the present case. The parties are currently drafting a settlement agreement and are diligently working to complete the settlement agreement as soon as possible within the upcoming weeks.

The parties are prepared to appear for the Case Management Conference scheduled for July 2, 2009 and update the Court on the parties' settlement discussions. However, in view the parties' ongoing progress towards settlement, the parties respectfully request that the Case Management Conference set for July 2, 2009 be postponed by one month, to August 6, 2009 or another date that is convenient for the Court.

Dated: June 25, 2009                    Respectfully submitted,


                                        __/s/ Alfredo A. Bismonte_____
                                        Justin T. Beck (Cal. Bar. No. 53138)
                                        Alfredo A. Bismonte (Cal. Bar. No. 136154)
                                        Ron C. Finley (Cal. Bar. No. 200549)
                                        Jeremy M. Duggan (Cal. Bar. No. 229854)
                                        BECK, ROSS, BISMONTE & FINLEY, LLP
                                        50 West San Fernando Street, Suite 1300
                                        San Jose, California 95113
                                        Tel: (408) 938-7900
                                        Fax: (408) 938-0790
                                        Email: jbeck@beckross.com
                                               rfinley@beckross.com
                                               abismonte@beckross.com
                                               jduggan@beckross.com

                                        Wesley W. Whitmyer, Jr. (*pro hac vice*)

Case No. C 08-3210 (VRW)                            1
JOINT CASE MANAGEMENT STATEMENT
AND PROPOSED ORDER

|   |   |
|---|---|
| 1 | Benjamin J. Lehberger (*pro hac vice*) |
| 2 | ST.ONGE STEWARD JOHNSTON & REENS LLC |
|   | 986 Bedford Street |
| 3 | Stamford, Connecticut 06905 |
| 4 | Telephone: (203) 324-6155 |
|   | Facsimile: (203) 327-1096 |
| 5 | Email: wwhitmyer@ssjr.com |
|   |         blehberger@ssjr.com |
| 6 | Attorneys for Plaintiff, |
| 7 | Karl Storz Endoscopy-America, Inc. |

   /s/ Jeffrey M. Ratinoff[1]_____
Jeffrey M. Ratinoff (Cal. Bar. No. 197241)
Dean G. Bostock (*pro hac vice*)
Brad Scheller (*pro hac vice*)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC
5 Palo Alto Square - 6th Floor
3000 El Camino Real
Palo Alto, California  94306-2155
Tel: (650) 251-7708
Fax: (650) 251-7739
Email: bsinclair@mintz.com
        dgbostock@mintz.com
Attorneys for Defendant,
FemSuite, LLC

BECK, ROSS, BISMONTE & FINLEY, LLP
FAIRMONT PLAZA
50 W. SAN FERNANDO ST., 1300
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 938-7900

---

[1] Pursuant to General Order 45, Section X, the efiler attests that concurrence in the filing of this document has been obtained from Jeffrey M. Ratinoff.

Case No. C 08-3210 (VRW)
JOINT CASE MANAGEMENT STATEMENT
AND PROPOSED ORDER

## CASE MANAGEMENT ORDER

Having considered the Case Management Statement and Proposed Order submitted June 25, 2009, and good cause being found, the Court hereby continues the Case Management Conference currently set for July 2, 2009 until ____August 6____, 2009 at 3:30 PM before this Court.

**SO ORDERED:**

Date: 6/26/2009



_____
UNITED STATES DISTRICT JUDGE
Hon. Vaughn R. Walker

BECK, ROSS, BISMONTE & FINLEY, LLP
FAIRMONT PLAZA
50 W. SAN FERNANDO ST., 1300
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 938-7900

Case No. C 08-3210 (VRW)
JOINT CASE MANAGEMENT STATEMENT
AND PROPOSED ORDER

3