Justin T. Beck (Cal. Bar. No. 53138)
Alfredo A. Bismonte (Cal. Bar. No. 136154)
Ron C. Finley (Cal. Bar. No. 200549)
Jeremy M. Duggan (Cal. Bar. No. 229854)
BECK, ROSS, BISMONTE & FINLEY, LLP
50 West San Fernando Street, Suite 1300
San Jose, California 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
       rfinley@beckross.com
       abismonte@beckross.com
       jduggan@beckross.com

Attorneys for Plaintiff, Karl Storz
Endoscopy-America, Inc.

**[ADDITIONAL COUNSEL IDENTIFIED ON SIGNATURE PAGE]**

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>FEMSUITE, LLC<br><br>Defendant. | **Case No. C 08-3210 (VRW)**<br><br>**JOINT CASE MANAGEMENT STATEMENT AND ~~[PROPOSED]~~ ORDER**<br><br>**Date: August 6, 2009**<br>**Time: 3:30 pm**<br>**Place: Courtroom of Hon. Vaughn R. Walker (Courtroom #6, 17th floor)**<br><br>**Hon. Vaughn R. Walker** |

Karl Storz Endoscopy-America, Inc. ("KSEA") and FemSuite LLC ("FemSuite") submit this Joint Case Management Statement in view of the Case Management Conference scheduled for August 6, 2009.

As reported in the Parties Joint Case Management Statement of June 25, 2009, the parties are drafting a settlement agreement and are diligently working to complete the settlement agreement and associated transaction. Given the complicated nature of the settlement, which involves a stock and/or equity transaction, the parties require additional time.

The parties are prepared to appear for the Case Management Conference scheduled for August 6, 2009 and update the Court on the parties' settlement discussions. However, in view the parties' ongoing progress towards settlement, the parties respectfully request that the Case Management Conference set for August 6, 2009 be postponed until September 24, 2009 or another date that is convenient for the Court.

Dated: July 31, 2009                      Respectfully submitted,

                                         ____/s/ Alfredo Bismonte_____
                                         Justin T. Beck (Cal. Bar. No. 53138)
                                         Alfredo A. Bismonte (Cal. Bar. No. 136154)
                                         Ron C. Finley (Cal. Bar. No. 200549)
                                         Jeremy M. Duggan (Cal. Bar. No. 229854)
                                         BECK, ROSS, BISMONTE & FINLEY, LLP
                                         50 West San Fernando Street, Suite 1300
                                         San Jose, California 95113
                                         Tel: (408) 938-7900
                                         Fax: (408) 938-0790
                                         Email: jbeck@beckross.com
                                                rfinley@beckross.com
                                                abismonte@beckross.com
                                                jduggan@beckross.com

                                         Wesley W. Whitmyer, Jr. (*pro hac vice*)
                                         Benjamin J. Lehberger (*pro hac vice*)
                                         ST.ONGE STEWARD JOHNSTON & REENS LLC
                                         986 Bedford Street
                                         Stamford, Connecticut 06905

Case No. C 08-3210 (VRW)                      1
JOINT CASE MANAGEMENT STATEMENT
AND PROPOSED ORDER

Telephone: (203) 324-6155
Facsimile: (203) 327-1096
Email: wwhitmyer@ssjr.com
blehberger@ssjr.com
Attorneys for Plaintiff,
Karl Storz Endoscopy-America, Inc.

_/s/ Jeffery M. Ratinoff[1]_____
Jeffrey M. Ratinoff (Cal. Bar. No. 197241)
Dean G. Bostock (*pro hac vice*)
Brad Scheller (*pro hac vice*)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC
5 Palo Alto Square - 6th Floor
3000 El Camino Real
Palo Alto, California 94306-2155
Tel: (650) 251-7708
Fax: (650) 251-7739
Email: jratinoff@mintz.com
bsinclair@mintz.com
dgbostock@mintz.com
Attorneys for Defendant,
FemSuite, LLC

---

[1] Pursuant to General Order 45, Section X, the efiler of this document attests that concurrence in the filing of this document has been obtained from Jeffrey M. Ratinoff.

Case No. C 08-3210 (VRW)　　　　　　　　2
JOINT CASE MANAGEMENT STATEMENT
AND PROPOSED ORDER

# CASE MANAGEMENT ORDER

Having considered the Case Management Statement and Proposed Order submitted July 31, 2009, and good cause being found, the Court hereby continues the Case Management Conference currently set for August 6, 2009 until ___September 24___, 2009 at 3:30 PM before this Court.

**SO ORDERED:**

Date: 8/3/2009



_____
UNITED STATES DISTRICT JUDGE
Hon. Vaughn R. Walker