Justin T. Beck (Cal. Bar. No. 53138)
Alfredo A. Bismonte (Cal. Bar. No. 136154)
Ron C. Finley (Cal. Bar. No. 200549)
Jeremy M. Duggan (Cal. Bar. No. 229854)
BECK, ROSS, BISMONTE & FINLEY, LLP
50 West San Fernando Street, Suite 1300
San Jose, California 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
       rfinley@beckross.com
       abismonte@beckross.com
       jduggan@beckross.com

Attorneys for Plaintiff, Karl Storz
Endoscopy-America, Inc.

**[ADDITIONAL COUNSEL IDENTIFIED ON SIGNATURE PAGE]**

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>FEMSUITE, LLC<br><br>Defendant. | **Case No. C 08-3210 (VRW)**<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>**Date: September 24, 2009**<br>**Time: 3:30 pm**<br>**Place: Courtroom of Hon. Vaughn R. Walker (Courtroom #6, 17th floor)**<br><br>**Hon. Vaughn R. Walker** |

1   Karl Storz Endoscopy-America, Inc. ("KSEA") and FemSuite LLC ("FemSuite") submit
2 this Joint Case Management Statement in view of the Case Management Conference scheduled
3 for September 24, 2009.

4   The parties are pleased to report that they have substantially completed drafting the
5 multiple agreements necessary to complete their settlement.  The parties are in the process of
6 resolving one remaining provision in the settlement documents, which they expect to conclude as
7 early as next week, after which the parties anticipate submitting a proposed order of dismissal to
8 the Court.  Therefore, the parties respectfully request that the Case Management Conference set
9 for September 24, 2009 be postponed until November 5, 2009 or another date that is convenient
10 for the Court.

Dated: September 17, 2009                    Respectfully submitted,

       __/s/ Alfredo Bismonte_____
Justin T. Beck (Cal. Bar. No. 53138)
Alfredo A. Bismonte (Cal. Bar. No. 136154)
Ron C. Finley (Cal. Bar. No. 200549)
Jeremy M. Duggan (Cal. Bar. No. 229854)
BECK, ROSS, BISMONTE & FINLEY, LLP
50 West San Fernando Street, Suite 1300
San Jose, California 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
       rfinley@beckross.com
       abismonte@beckross.com
       jduggan@beckross.com

Wesley W. Whitmyer, Jr. (*pro hac vice*)
Benjamin J. Lehberger (*pro hac vice*)
ST.ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905
Telephone: (203) 324-6155
Facsimile: (203) 327-1096
Email:  wwhitmyer@ssjr.com
       blehberger@ssjr.com

BECK, ROSS, BISMONTE & FINLEY, LLP
FAIRMONT PLAZA
50 W. SAN FERNANDO ST., 1300
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 938-7900

Case No. C 08-3210 (VRW)
JOINT CASE MANAGEMENT STATEMENT
AND PROPOSED ORDER

1

Attorneys for Plaintiff,
Karl Storz Endoscopy-America, Inc.


___/s/ Jeffrey M. Ratinoff[1]_____
Jeffrey M. Ratinoff (Cal. Bar. No. 197241)
Dean G. Bostock (*pro hac vice*)
Brad Scheller (*pro hac vice*)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC
5 Palo Alto Square - 6th Floor
3000 El Camino Real
Palo Alto, California  94306-2155
Tel: (650) 251-7708
Fax: (650) 251-7739
Email: bsinclair@mintz.com
            dgbostock@mintz.com
Attorneys for Defendant,
FemSuite, LLC

---

[1] Pursuant to General Order 45, Section X, the efiler of this document attests that concurrence in the filing of this document as been obtained from Jeffrey M. Ratinoff.

Case No. C 08-3210 (VRW)
JOINT CASE MANAGEMENT STATEMENT
AND PROPOSED ORDER

2

BECK, ROSS, BISMONTE & FINLEY, LLP
FAIRMONT PLAZA
50 W. SAN FERNANDO ST., 1300
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 938-7900

# CASE MANGEMENT ORDER

Having considered the Case Management Statement and Proposed Order submitted September 17, 2009, and good cause being found, the Court hereby continues the Case Management Conference currently set for September 24, 2009 until __November 5__, 2009 at 3:30 PM before this Court.

**SO ORDERED:**

Date: 9/22/2009



_____
UNITED STATES DISTRICT JUDGE
Hon. Vaughn R. Walker

Case No. C 08-3210 (VRW)
JOINT CASE MANAGEMENT STATEMENT
AND PROPOSED ORDER

3

BECK, ROSS, BISMONTE & FINLEY, LLP
FAIRMONT PLAZA
50 W. SAN FERNANDO ST., 1300
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 938-7900