Attorneys for Plaintiff,
Karl Storz Endoscopy-America, Inc.:

Justin T. Beck (Cal. Bar. No. 53138)
Alfredo A. Bismonte (Cal. Bar. No. 136154)
Jeremy M. Duggan (Cal. Bar. No. 229854)
BECK, ROSS, BISMONTE & FINLEY, LLP
50 West San Fernando Street, Suite 1300
San Jose, California 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
       abismonte@beckross.com
       jduggan@beckross.com
[Additional Plaintiff's counsel listed on signature page]

Attorneys for Defendant,
FemSuite, LLC:

Robert P. Taylor (SBN 46046)
Jeffrey M. Ratinoff (SBN 197241)
Dean G. Bostock (*pro hac vice*)
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, PC
5 Palo Alto Square - 6th Floor
3000 El Camino Real
Palo Alto, California  94306-2155
Tel: (650) 251-7708
Fax: (650) 251-7739
Email: jratinoff@mintz.com
       rptaylor@mintz.com
       dgbostock@mintz.com

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC.<br><br>          Plaintiff,<br><br>v.<br><br>FEMSUITE, LLC<br><br>          Defendant. | **Case No. C 08-3210 (VRW)**<br><br>[~~PROPOSED~~] **STIPULATED ORDER OF DISMISSAL**<br><br>**Hon. Vaughn R. Walker** |

The Court, upon the consent and request of Plaintiff Karl Storz Endoscopy-America, Inc. ("KSEA") and Defendant FemSuite, LLC ("FemSuite"), hereby acknowledges the following Stipulation and issues the following Order.

**STIPULATION**

1. This Court has subject matter jurisdiction over this patent infringement action (the "Action") and personal jurisdiction over KSEA and FemSuite. Venue is proper in this Court as to KSEA and FemSuite.

2. KSEA and FemSuite have agreed to resolve and stipulate to the dismissal of the Action pursuant to the terms of a Settlement Agreement executed by KSEA and FemSuite.

3. Pursuant to the terms of the Settlement Agreement, KSEA has agreed that each of its claims set forth its Complaint For Patent Infringement filed on or about July 3, 2008, including the allegations and averments contained therein, should be dismissed with prejudice.

4. Pursuant to the terms of the Settlement Agreement, FemSuite has agreed that each of its counterclaims and defenses set forth in Defendant's Answer And Counterclaims filed on or about January 7, 2009 and Defendant's First Amended Answer And Counterclaims filed on or about March 17, 2009, including the allegations and averments contained therein, should be dismissed with prejudice.

SO STIPULATED:

Dated: October16, 2009                    Respectfully submitted,

                                           BECK, ROSS, BISMONTE, & FINLEY, LLP

                                           ___/s/_____
                                           By: Alfredo A. Bismonte

                                           Wesley W. Whitmyer, Jr. *(pro hac vice)*
                                           Benjamin J. Lehberger *(pro hac vice)*
                                           ST.ONGE STEWARD JOHNSTON & REENS LLC
                                           986 Bedford Street
                                           Stamford, Connecticut 06905
                                           Telephone: (203) 324-6155
                                           Facsimile: (203) 327-1096
                                           Email:  wwhitmyer@ssjr.com
                                                          blehberger@ssjr.com

                                           Attorneys for Plaintiff,
                                           Karl Storz Endoscopy-America, Inc.


Dated: October 16, 2009                    Respectfully submitted,

                                           MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC

                                           ___/s/[1]_____
                                           By: Jeffrey M. Ratinoff

                                           Attorneys for Defendant,
                                           FemSuite, LLC

---

[1] Pursuant to General Order 45, Section X, the efiler of this document attests that concurrence in the filing of this document has been obtained from Jeffery M. Ratinoff.

# [PROPOSED] ORDER

Accordingly, pursuant to the above Stipulation, and upon the consent and request of KSEA and FemSuite, it is hereby ORDERED, Adjudged and Decreed that:

1. All claims and counterclaims in the Action are dismissed with prejudice.
2. Each party shall bear its own costs and attorneys' fees.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Date: October 23, 2009



_____
UNITED STATES DISTRICT JUDGE
Hon. Vaughn R. Walker